Elizabeth L. Deeley (SBN 230798)
Kristin Sheffield-Whitehead (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (*pro hac vice* application pending)
Carrie J. Bodner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800
Fax:  (212) 446-6460
Email: andrew.clubok@kirkland.com

Attorneys for Defendant
*Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**FACEBOOK, INC.'S NOTICE OF CONSTITUTIONAL QUESTION**<br><br>Judge:           Hon. Jon S. Tigar<br>Hearing Date: July 30, 2015<br>Time:            2:00 p.m.<br>Courtroom:    Courtroom 9, 19th Floor |

Defendant Facebook, Inc. ("Facebook"), pursuant to Fed. R. Civ. P. 5.1, hereby provides notice that its Motion to Dismiss Plaintiff's Complaint raises the question of whether the First Amendment prohibits the application of the restrictions in the Telephone Consumer Protection Act, 47 U.S.C. § 227, to the alleged login notifications in the case at hand. Facebook further states that this Notice of Constitutional Question, as well as Facebook's Motion to Dismiss Plaintiff's Complaint, will be served via certified mail on the Attorney General of the United States concurrently with the filing of this notice.

Dated:  May 18, 2015

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Elizabeth L. Deeley*

Elizabeth L. Deeley (SBN 230798)
Kristin Sheffield-Whitehead (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com
         kristin.sheffield-whitehead@kirkland.com

Andrew B. Clubok  (admitted *pro hac vice*)
Susan E. Engel
Carrie J. Bodner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com
         seengel@kirkland.com
         carrie.bodner@kirkland.com

*Attorneys for Defendant Facebook, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

Trinette G. Kent, Esq. (Bar No. 222020)
Of Counsel in Arizona and California
LEMBERG LAW LLC
10645 North Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Tel: (855) 301-2100 ext. 5533
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

Sergei Lemberg (*pro hac vice forthcoming*)
Stephen Taylor (*pro hac vice forthcoming*)
LEMBERG LAW LLC
1100 Summer Street
Stamford, CT 06905
Tel: (203) 653-2250
Fax: (203) 653-3424
Email: slemberg@lemberglaw.com
Email: staylor@lemberglaw.com

*Attorneys for Plaintiff*
*Noah Duguid*

                                                        /s/ *Sarah Farley*
                                                        Sarah Farley