Elizabeth L. Deeley (SBN 230798)
Kristin Sheffield-Whitehead (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (*pro hac vice* application pending)
Carrie J. Bodner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800
Fax:  (212) 446-6460
Email: andrew.clubok@kirkland.com

Attorneys for Defendant
*Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**DECLARATION OF ELIZABETH L. DEELEY IN SUPPORT OF FACEBOOK, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Complaint Filed Date:  March 3, 2015<br><br>Judge:              Hon. Jon S. Tigar<br>Hearing Date:   July 30, 2015<br>Time:               2:00 p.m.<br>Courtroom:       Courtroom 9, 19th Floor |

I, Elizabeth L. Deeley, declare as follows:

1. I am a partner at the law firm of Kirkland & Ellis LLP and counsel to Defendant Facebook, Inc. ("Facebook") in the above-captioned matter.

2. I submit this declaration in support of Facebook's Motion to Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim for which relief can be granted.

3. I have personal knowledge of the matters in this declaration, and I am competent to testify to the matters set forth below.

4. Annexed hereto as Exhibit 1 is a true and correct copy of a Facebook webpage entitled "How Do I Verify My Account?," which is publicly available on Facebook's Help Center, at https://www.facebook.com/help/266902903322428.

5. Annexed hereto as Exhibit 2 is a true and correct copy of Facebook's "Statement of Rights and Responsibilities," which is publicly available at https://www.facebook.com/legal/terms.

6. Annexed hereto as Exhibit 3 is a true and correct copy of a Facebook webpage entitled "How Do I Add Or Remove Credit Card Info From My Account?," which is publicly available on Facebook's Help Center, at https://www.facebook.com/help/242462812536016.

7. Annexed hereto as Exhibit 4 is a true and correct copy of an article by Sharon Profis entitled "Find out if someone's logging in to your Facebook account," which was published by CNET on December 10, 2011 and is publicly available at http://www.cnet.com/au/how-to/find-out-if-someones-logging-in-to-your-facebook-account.

8. Annexed hereto as Exhibit 5 is a true and correct copy of an article by Alyssa Abkowitz entitled "Wrong Number? Blame Companies' Recycling," which was published by the Wall Street Journal on December 1, 2011 and is publicly available at http://www.wsj.com/articles/SB10001424052970204012004577070122687462582.

9. Annexed hereto as Exhibit 6 is a true and correct copy of an article by Alison Griswold entitled "Venmo is Trendy, Easy to Use, and Growing Fast. But are Its Mobile Payments Safe?," which was published by Slate on February 25, 2015 and is publicly available at http://www.slate.com/articles/technology/safety_net/2015/02/venmo_security_it_s_not_as_strong_as

_the_company_wants_you_to_think.html.

10. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed this 18th day of May, 2015, in San Francisco, California.

Dated: May 18, 2015

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Elizabeth L. Deeley*

Elizabeth L. Deeley (SBN 230798)
Kristin Sheffield-Whitehead (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com
         kristin.sheffield-whitehead@kirkland.com

Andrew B. Clubok  (admitted *pro hac vice*)
Susan E. Engel
Carrie J. Bodner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com
         seengel@kirkland.com
         carrie.bodner@kirkland.com

*Attorneys for Defendant Facebook, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

    Trinette G. Kent, Esq. (Bar No. 222020)
    Of Counsel in Arizona and California
    LEMBERG LAW  LLC
    10645 North Tatum Blvd.
    Suite 200-192
    Phoenix, AZ 85028
    Tel: (855) 301-2100 ext. 5533
    Fax: (203) 653-3424
    Email: tkent@lemberglaw.com

    Sergei Lemberg (*pro hac vice forthcoming*)
    Stephen Taylor (*pro hac vice forthcoming*)
    LEMBERG LAW  LLC
    1100 Summer Street
    Stamford, CT 06905
    Tel: (203) 653-2250
    Fax: (203) 653-3424
    Email: slemberg@lemberglaw.com
    Email: staylor@lemberglaw.com

    *Attorneys for Plaintiff*
    *Noah Duguid*

                                                           /s/ *Sarah Farley*
                                                            Sarah Farley