# EXHIBIT 1

**Help Center**                                                                                                    Log In

How can we help?

**Desktop Help**                                                                                          English (US)

Login & Password

Get Started on Facebook

Manage Your Account

Privacy

Security

News Feed

Sharing

Messaging

Connecting

Pages

Ads

Facebook Mobile

Popular Features

Report Something

Safety Tools & Resources

Apps, Games & Payments

Profile & Timeline

Other Help Centers

Help Community

## How do I verify my account?

After you log in, you can verify your account by adding a mobile number to it. Enter your mobile number, starting with the country code (ex: **1** for US numbers). We'll send you a confirmation code as a text message (SMS). Enter this code into the space provided to verify your account.

You can also do this from your mobile settings.

Keep in mind that you can only use your mobile phone number to verify one account. In addition, if you signed up with your phone number and confirmed it, your account is already verified.

> If you just signed up and need to confirm your account, learn how to confirm your email address or phone number. If you're looking for info about authentic profiles and Pages, check out verified profiles and Pages.

**More info**

Get help for mobile apps and browsers

Last edited about 10 months ago

Was this answer helpful?   Yes · No                                                    Permalink · Share

| Sign Up    | Log In  | Messenger  | Mobile      | Find Friends | Badges  | People  | Pages   | Places       | Games |
|------------|---------|------------|-------------|--------------|---------|---------|---------|--------------|-------|
| Locations  | About   | Create Ad  | Create Page | Developers   | Careers | Privacy | Cookies | Ad Choices   | Terms |
| Help       |         |            |             |              |         |         |         |              |       |

Facebook © 2015
English (US)