1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Noah Duguid, *on behalf of himself and all others similarly situated*<br><br>                    Plaintiff,<br><br>        vs.<br><br>Facebook, Inc.,<br><br>                    Defendant. | Case No.:  3:15-cv-00985-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING COURT ORDER EXTENDING BRIEFING SCHEDULE**<br><br>Hearing Date: July 30, 2015<br>Time: 2:00PM<br>Court: Courtroom 9<br>Judge: Hon. Jon S. Tigar |

1    Before the Court is the parties' Stipulation Requesting Court Order Extending Briefing

2  Schedule.  The Court, having considered the parties' stipulation and supporting declaration, hereby

3  rules as follows:

4    The parties' stipulation is **GRANTED**.  The briefing schedule as to Defendant's Motion to

5  Dismiss is extended as follows:

6    • Plaintiff's response deadline June 26, 2015;

7    • Defendant's reply deadline July 31, 2015.

8    • A hearing on Defendant's Motion to Dismiss will be held on Thursday, September 3,

9      2015, at 2:00 p.m., in Courtroom 9.

10   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

11

12

13  DATED: June 1, 2015

14

15

16



17

18

19

20

21

22

23

24

25

26

27

28