1
2
3
4
5
6
7
8
9

10 UNITED STATES DISTRICT COURT

11 NORTHERN DISTRICT OF CALIFORNIA

12 SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>           Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>           Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**[PROPOSED]** ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES<br><br>Complaint Filed Date: March 3, 2015<br><br>Judge:         Hon. Jon S. Tigar<br>Courtroom:  Courtroom 9, 19th Floor |

Before the Court is Plaintiff Noah Duguid's and Defendant Facebook, Inc.'s Joint Stipulated Request for Order Changing the Dates of Case Management Conference and ADR Deadlines. The Court, having considered the parties' submissions, hereby rules as follows:

The Joint Motion is **GRANTED**. The Court hereby modifies the dates as follows:

- The Initial Case Management Conference scheduled for July 1, 2015, shall be adjourned and rescheduled for the first Wednesday that falls forty-five (45) days after entry of an order on the pending Motion to Dismiss; and

- The deadlines for the Joint Case Management Statement, filing the ADR Certification, and filing either the Stipulation to the ADR Process or the Notice of Need for ADR Phone Conference, shall be rescheduled for ten (10) court days prior to the rescheduled Initial Case Management Conference.

**IT IS SO ORDERED.**

Dated: June 4, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE