TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of counsel to
Lemberg Law, LLC
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Noah Duguid

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Noah Duguid, *on behalf of himself and all others similarly situated*<br><br>              Plaintiff,<br><br>     vs.<br><br>Facebook, Inc.,<br><br>              Defendant. | Case No.:  3:15-cv-00985-JST<br><br>**DECLARATION OF TRINETTE KENT IN OPPOSITION TO DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS**<br><br>Hearing Date: September 3, 2015<br>Time: 2:00PM<br>Court: Courtroom 9<br>Judge: Hon. Jon S. Tigar |

**1**       I, Trinette Kent, declare as follows:

**2**       1.     I am admitted to practice before this Court and am counsel to Plaintiff Noah Duguid

**3** in the above-captioned matter.

**4**       2.     I submit this declaration in opposition to Defendant Facebook, Inc.'s Motion to

**5** Dismiss.

**6**       3.     I have personal knowledge of and am competent to testify to the matters in this

**7** declaration.

**8**       4.     For the Court's convenience, attached hereto as Exhibit A is a true and correct copy

**9** of Warning, Alert and Response Network ("WARN") Act, H.R. 5556, 109th Cong. (2006)

**10** (enacted).

**11**       5.     For the Court's convenience, attached hereto as Exhibit B is a true and correct copy

**12** of *In the Matter of Tel. Consumer Prot. Act of 1991*, Notice of Proposed Rulemaking, 7 F.C.C.R.

**13** 2736 (1992).

**14**       6.     For the Court's convenience, attached hereto as Exhibit C is a true and correct copy

**15** of *In the Matter of Implementation of the Middle Class Tax Relief & Job Creation Act of 2012*, 27

**16** F.C.C.R. 13615 (2012).

**17**       7.     I declare under penalty of perjury under the laws of the State of California that the

**18** foregoing is true and correct.  This declaration was executed this 26th day of June, 2015, in Phoenix,

**19** Arizona.

**20**

**21** DATED:   June 26, 2015

**22**                       By:   /s/   Trinette G. Kent

**23**                       TRINETTE G. KENT (State Bar No. 222020)
                      10645 North Tatum Blvd., Suite 200-192

**24**                       Phoenix, AZ 85028
                      Telephone:  (480) 247-9644

**25**                       Facsimile:  (480) 717-4781
                      E-mail: tkent@lemberglaw.com

**26**

**27**                       Of counsel to
                      Lemberg Law, LLC

**28**                       1100 Summer Street

|   |   |
|---|---|
| 1 | Stamford, CT  06905 |
| 2 | Telephone:  (203) 653-2250 |
|   | Facsimile:  (203) 653-3424 |
| 3 | *Attorneys for Plaintiff, Noah Duguid* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

>Elizabeth L. Deeley
>Kristin I Sheffield-Whitehead
>Kirkland & Ellis LLP
>555 California Street, Suite 2700
>San Francisco, CA 94104
>Tel: (415) 439-1400
>Tel: (415) 439-1420
>Fax: (415) 439-1500
>edeeley@kirkland.com
>kwhitehead@kirkland.com
>
>Andrew B. Clubok
>Carrie J Bodner
>Kirkland & Ellis LLP
>601 Lexington Avenue
>New York, NY 10022
>Tel: (212) 446-4800
>Tel: (212) 446-5912
>Fax: (212) 446-6460
>Andrew.clubok@kirkland.com
>Carrie.bodner@kirkland.com
>
>Susan E. Engel
>Kirkland & Ellis LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005-5793
>Tel: (202) 879-5000
>seengel@kirkland.com

              */s/ Trinette Kent*
               Trinette Kent