UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH DUGUID,<br><br>      Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>      Defendant. | Case No. 15-cv-00985-JST<br><br>**ORDER OF CERTIFICATION PURSUANT TO 28 U.S.C. § 2403(A); INSTRUCTIONS TO CLERK; ORDER CONTINUING MOTION HEARING**<br><br>Re: ECF No. 24-2 |

**TO THE HONORABLE LORETTA LYNCH, Attorney General of the United States:**

On May 18, 2015, Defendant Facebook Inc. filed a notice stating that "its Motion to Dismiss Plaintiff's Complaint raises the question of whether the First Amendment prohibits the application of the restrictions in the Telephone Consumer Protection Act, 47 U.S.C. § 227, to the alleged login notifications in the case at hand." ECF No. 24-2. Defendant served the notice via certified mail on the Attorney General of the United States concurrently with the filing of the notice. Id.

Although the Court may ultimately resolve Facebook's motion to dismiss without reaching the constitutional question presented, certification pursuant to 28 U.S.C. § 2403(a) is "a duty of the court that should not be ignored, even if the claim is obviously frivolous or may be disposed of on other grounds." Merrill v. Town of Addison, 763 F.2d 80, 82 (2d Cir. 1985); Fed. R. Civ. P. 5.1(b). The Court therefore certifies that this case draws into question the constitutionality of 47 U.S.C. § 227. The Clerk shall serve a copy of this order on the Office of the Attorney General of the United States by certified United States mail. The Clerk shall also provide a copy of this order to the United States Attorney for the Northern District of California. If the United States chooses to intervene in this action, it must do so no later than October 27, 2015.

The hearing on Defendant's motion to dismiss, which is currently set for September 3, 2015, is continued to November 19, 2015.

IT IS SO ORDERED.

Dated: August 28, 2015

_____
JON S. TIGAR
United States District Judge