United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    NOAH DUGUID,
                Plaintiff,
8
         v.
9
     FACEBOOK, INC.,
10
                Defendant.
11

Case No. 15-cv-00985-JST

**ORDER GRANTING EXTENTION OF TIME TO INTERVENE AND CONTINUING MOTION HEARING**

Re: ECF No. 41

The Court has received the stipulated request for an extension of time in which the United States may intervene in this action. The request is granted. The time to intervene is extended to December 11, 2015. Accordingly, the hearing on Defendant's Motion to Dismiss currently set for November 19, 2015 is hereby continued to January 7, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: October 14, 2015

_____
JON S. TIGAR
United States District Judge