1  Elizabeth L. Deeley (SBN 230798)
   Kristin Sheffield-Whitehead (SBN 304635)
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: elizabeth.deeley@kirkland.com
5         kristin.sheffield-whitehead@kirkland.com

6  Andrew B. Clubok (admitted *pro hac vice*)
   Susan E. Engel (admitted *pro hac vice*)
7  Carrie J. Bodner (admitted *pro hac vice*)
   KIRKLAND & ELLIS LLP
8  601 Lexington Avenue
   New York, NY 10022
9  Tel: (212) 446-4800
   Fax: (212) 446-6460
10 Email: andrew.clubok@kirkland.com
          seengel@kirkland.com
11        carrie.bodner@kirkland.com

12 Attorneys for Defendant
   *Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO THE BRIEF OF THE UNITED STATES AS INTERVENOR**<br><br>Complaint Filed Date: March 3, 2015<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: January 7, 2016<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 9, 19th Floor |

On December 11, 2015, the United States intervened and filed a brief in response to the Motion to Dismiss filed by Defendant Facebook, Inc. and this Court's August 28, 2015 Certification Order. This brief defends the constitutionality of 47 U.S.C. § 227 in response to Facebook's arguments regarding the First Amendment.

Pursuant to Local Rule 7-3, Facebook respectfully requests leave to file a brief responding to the arguments made by the United States, which differ from the arguments made by plaintiff in his response to Facebook's Motion. The brief would be limited to responding to the arguments of the United States, would be no longer than 20 pages, and would be filed no later than Wednesday, December 30, 2015.

Facebook has conferred with plaintiff and the United States and neither party objects to this request.

Dated: December 15, 2015

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Kristin Sheffield-Whitehead*

Elizabeth L. Deeley (SBN 230798)
Kristin Sheffield-Whitehead (SBN 304635)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com
  kristin.sheffield-whitehead@kirkland.com

Andrew B. Clubok (admitted *pro hac vice*)
Susan E. Engel (admitted *pro hac vice*)
Carrie J. Bodner (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com
  seengel@kirkland.com
  carrie.bodner@kirkland.com

*Attorneys for Defendant Facebook, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

Trinette G. Kent, Esq. (SBN 222020)
Of Counsel in Arizona and California
LEMBERG LAW LLC
10645 North Tatum Blvd.
Suite 200-192
Phoenix, AZ 85028
Tel: (855) 301-2100 ext. 5533
Fax: (203) 653-3424
Email: tkent@lemberglaw.com

Sergei Lemberg (*pro hac vice forthcoming*)
Stephen Taylor (*pro hac vice forthcoming*)
LEMBERG LAW LLC
1100 Summer Street
Stamford, CT 06905
Tel: (203) 653-2250
Fax: (203) 653-3424
Email: slemberg@lemberglaw.com
Email: staylor@lemberglaw.com

*Attorneys for Plaintiff Noah Duguid*

Benjamin C. Mizer
Eric R. Womack
Bailey W. Heaps (SBN 295870)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C. 20530
Tel: (202) 514-1280
Fax: (202) 616-8470

*Counsel for the United States of America*

                                        /s/ *Kristin Sheffield-Whitehead*
                                          Kristin Sheffield-Whitehead