UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NOAH DUGUID,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

Case No. 15-cv-00985-JST

**ORDER GRANTING LEAVE TO FILE RESPONSE**

Re: ECF No. 45

Defendant Facebook has requested leave to file a response to the United States' brief defending the constitutionality of 47 U.S.C. § 227. ECF No. 45. Defendant states that the request is unopposed. Id. It requests a filing deadline of December 30, 2015.

Defendant's motion is granted. The brief shall be no longer than 20 pages. Defendant's filing deadline is extended to January 7, 2016, as its proposed deadline is likely to result in at least one attorney working over the holidays, which, in the absence of exigent circumstances, is not something this Court endorses.

The motion hearing currently set for January 7, 2016 is hereby vacated. The Court has not yet determined whether a hearing on this matter is needed in light of the additional arguments now being made to the Court. Upon review of the briefs, it will set a new hearing date if it determines one is necessary.

IT IS SO ORDERED.

Dated: December 16, 2015

_____
JON S. TIGAR
United States District Judge