**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>  Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>  Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**[PROPOSED]** ORDER EXTENDING FACEBOOK'S TIME TO RESPOND AND BRIEFING SCHEDULE<br><br>Complaint Filed Date: March 3, 2015<br><br>Judge:     Hon. Jon S. Tigar<br>Courtroom: Courtroom 9, 19th Floor |

Before the Court is Plaintiff Noah Duguid's and Defendant Facebook, Inc.'s Joint Stipulated Request for an Order Extending Facebook's Time to Respond and Briefing Schedule. The Court, having considered the parties' submissions, hereby rules as follows:

The Joint Motion is **GRANTED**. The Court hereby modifies the dates as follows:

- Facebook's Motion to Dismiss the First Amended Complaint shall be due on May 26, 2016;
- Plaintiff's opposition shall be due on June 27, 2016; and
- Facebook's reply shall be due on July 21, 2016.

**IT IS SO ORDERED.**

Dated: __May 6_____, 2016            _____
                                          HONORABLE JON S. TIGAR
                                          UNITED STATES DISTRICT JUDGE