1  Elizabeth L. Deeley (SBN 230798)
   KIRKLAND & ELLIS LLP
2  555 California Street
   San Francisco, CA 94104
3  Telephone: (415) 439-1400
   Facsimile: (415) 439-1500
4  Email: elizabeth.deeley@kirkland.com

5  Andrew B. Clubok (admitted *pro hac vice*)
   Carrie J. Bodner (admitted *pro hac vice*)
6  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
7  New York, NY 10022
   Tel: (212) 446-4800
8  Fax: (212) 446-6460
   Email: andrew.clubok@kirkland.com
9
   Susan E. Engel (*pro hac vice*)
10 Devin S. Anderson (*pro hac vice*)
   KIRKLAND & ELLIS LLP
11 655 Fifteenth Street, NW
   Washington, DC 20005
12 Tel: (202) 879-5000
   Fax: (202) 879-5200
13 Email: susan.engel@kirkland.com
   Email: devin.anderson@kirkland.com
14
   Attorneys for Defendant
15 *Facebook, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**STIPULATED REQUEST FOR MODIFICATION OF THE BRIEFING SCHEDULE AND RESCHEDULING OF CASE MANAGEMENT ORDER**<br><br>Amended Complaint Filed: April 22, 2016<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: September 22, 2016<br>Courtroom: Courtroom 9, 19th Floor |

Pursuant to Civil L.R. 6-2, Plaintiff Noah Duguid, Defendant Facebook, Inc. (collectively, "the Parties"), and Intervenor the United States of America, through their respective attorneys, hereby request that the Court extend the time for the United States to file a brief defending the constitutionality of the Telephone Consumer Protection Act until **July 15, 2016**, extend the time for Facebook to file a joint reply brief in support of its Motion to Dismiss the Amended Complaint that responds to the arguments raised by Plaintiff and the United States until **August 4, 2016**, and extend the page limit for Facebook's reply from 15 to **25 pages**. In light of this request, the Parties suggest that the Case Management Conference currently scheduled for August 10, 2016, be taken off the calendar until after the hearing or resolution of Facebook's Motion to Dismiss.

In support of this request, attached hereto is the Declaration of Devin S. Anderson, counsel to Facebook, and a Proposed Order. The Parties and the United States further state:

WHEREAS, on March 25, 2016, the Court entered an Order dismissing Plaintiff's Complaint without prejudice (D.E. 48);

WHEREAS, on April 22, 2016, Plaintiff filed a First Amended Complaint (D.E. 53);

WHEREAS, on May 6, 2016, this Court granted the Parties' Joint Stipulated Request, setting a briefing schedule for Facebook to file its anticipated Motion to Dismiss by May 26, 2016; Plaintiff's opposition by June 27, 2016; and Facebook's reply by July 21, 2016 (D.E. 56);

WHEREAS, on May 23, 2016, this Court continued the Case Management Conference "[i]n light of Defendant's anticipated motion to dismiss" until August 10, 2016 (D.E. 62);

WHEREAS, on May 26, 2016, Facebook filed a Motion to Dismiss the First Amended Complaint (D.E. 65);

WHEREAS, the United States seeks to file a brief defending the constitutionality of the statute;

WHEREAS, counsel for the Parties and the United States conferred and agreed to request that the United States have until July 15, 2016, to file its brief defending the constitutionality of the statute;

WHEREAS, it would conserve the Parties' resources and serve judicial economy for

1  Facebook to file a single brief responding to the arguments of Plaintiff and the United States rather than two separate briefs;

WHEREAS, counsel for the Parties conferred and agreed to request an extension of Facebook's time to respond to August 4, 2016, and an extension of 10 pages for Facebook to respond to the arguments of both Plaintiff and the United States;

WHEREAS, in light of this Request to modify the briefing schedule, it would conserve the Parties' resources and promote efficiency to reschedule the Case Management Conference from August 10, 2016, until after a hearing or decision on Facebook's Motion to Dismiss;

NOW, THEREFORE IT IS REQUESTED THAT THE COURT REVISE THE BRIEFING SCHEDULE AS FOLLOWS:

1. The United States shall have until July 15, 2016, to file a brief defending the constitutionality of the statute;

2. Facebook's reply shall be due by August 4, 2016; and

3. Facebook shall have 25 pages for its reply.

4. The Case Management Conference shall be rescheduled from August 10, 2016, after a hearing or decision on Facebook's Motion to Dismiss.

Dated: June 9, 2016

| | |
|---|---|
| */s/ Sergei Lemberg* <br> (as authorized on June 8, 2016) <br><br> Trinette G. Kent, Esq. (Bar No. 222020) <br> Of Counsel in Arizona and California <br> LEMBERG LAW LLC <br> 10645 North Tatum Blvd. <br> Suite 200-192 <br> Phoenix, AZ 85028 <br> Tel: (855) 301-2100 ext. 5533 <br> Fax: (203) 653-3424 <br> Email: tkent@lemberglaw.com <br><br> Sergei Lemberg (admitted *pro hac vice*) <br> Stephen Taylor (admitted *pro hac vice*) <br> LEMBERG LAW LLC <br> 1100 Summer Street <br> Stamford, CT 06905 <br> Tel: (203) 653-2250 <br> Fax: (203) 653-3424 <br> Email: slemberg@lemberglaw.com <br> Email: staylor@lemberglaw.com <br><br> *Attorneys for Plaintiff Noah Duguid* <br><br> s/ *Bailey W. Heaps* <br> (as authorized on June 9, 2016) <br><br> Benjamin C. Mizer <br> Principal Deputy Assistant Attorney General <br> Eric R. Womack <br> Assistant Director, Federal Programs Branch <br> Bailey W. Heaps (Bar No. 295870) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue, NW <br> Washington, DC 20530 <br> Tel: (202) 514-1280 <br> Fax: (202) 616-8470 <br> Email: Bailey.W.Heaps@usdoj.gov <br><br> *Attorney for Intervenor the United States of America* | */s/ Devin S. Anderson* <br><br> Elizabeth L. Deeley (SBN 230798) <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104 <br> Telephone: (415) 439-1400 <br> Facsimile: (415) 439-1500 <br> Email: elizabeth.deeley@kirkland.com <br><br> Andrew B. Clubok (admitted *pro hac vice*) <br> Carrie J. Bodner (admitted *pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Tel: (212) 446-4800 <br> Fax: (212) 446-6460 <br> Email: andrew.clubok@kirkland.com <br><br> Susan E. Engel (*pro hac vice*) <br> Devin S. Anderson (*pro hac vice*) <br> KIRKLAND & ELLIS LLP <br> 655 Fifteenth Street, NW <br> Washington, DC 20005 <br> Tel: (202) 879-5000 <br> Fax: (202) 879-5200 <br> Email: susan.engel@kirkland.com <br> Email: devin.anderson@kirkland.com <br><br> *Attorneys for Defendant Facebook, Inc.* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Devin S. Anderson, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

*/s/ Devin S. Anderson*
Devin S. Anderson

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2016, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Devin S. Anderson*
Devin S. Anderson