UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOAH DUGUID,<br><br>            Plaintiff,<br><br>     v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | Case No.  15-cv-00985-JST<br><br>**ORDER GRANTING STIPULATED REQUEST FOR MODIFICATION OF THE BRIEFING SCHEDULE**<br><br>Re: ECF No. 70 |

The jointly filed Stipulated Request for Modification of the Briefing Schedule and Rescheduling of Case Management Order is granted.  Accordingly, the Court orders as follows:

1. The United States shall have until July 15, 2016 to file a brief defending the constitutionality of the Telephone Consumer Protection Act.

2. Defendant's consolidated reply to Plaintiff and the United States shall be due on August 4, 2016.  Defendant shall have 25 pages for its reply.

3. The Case Management Conference currently scheduled for August 10, 2016 is hereby continued to Wednesday, October 26, 2016 at 2:00 p.m.  A Joint Case Management Statement is due five court days beforehand.

IT IS SO ORDERED.

Dated: June 13, 2016

_____
JON S. TIGAR
United States District Judge