Andrew B. Clubok (*pro hac vice*)
Carrie J. Bodner (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com
 carrie.bodner@kirkland.com

Susan E. Engel (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Email: susan.engel@kirkland.com
 devin.anderson@kirkland.com

Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 439-1400
Fax: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

Attorneys for Defendant
*Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**FACEBOOK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 3, 2015<br>First Am. Compl. Filed: April 22, 2016<br><br>Judge: Hon. Jon S. Tigar<br>Hearing Date: September 22, 2016<br>Time: 2:00 pm<br>Courtroom: Courtroom 9, 19th Floor |

FACEBOOK, INC.'S NOTICE OF SUPPLEMENTAL
AUTHORITY                                                                CASE NO. 3:15-CV-00985-JST

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:**

Defendant Facebook, Inc. submits this Notice of Supplemental Authority in support of its Motion to Dismiss Plaintiff Noah Duguid's Amended Complaint, which is set for hearing before this Court on September 22, 2016. The FCC recently issued a Declaratory Ruling confirming that the TCPA's emergency exception applies to certain autodialed calls made by educational institutions without prior express consent. *See In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, -- FCC Rcd. ---, CG02-278, 2016 WL 4158735 (Aug. 4, 2016), attached as Ex. A.

Confirming the broad reach of the emergency exception and the need to construe it in a way that "ensure[s] [that] the TCPA does not thwart welcome and expected communications," *id.* at *1, the FCC ruled that messages concerning "weather closures," "health risks," and "unexcused absences" bear a relation to "the health and safety of students, faculty, and other school staff members," and fall within the scope of the exception, *id.* at *7. This confirms that the TCPA's emergency exception plays an active role in protecting urgent communications like Facebook's login messages that promote the safety and welfare of consumers.

At the same time, the FCC's analysis and application of the emergency exception confirms the plainly content-based nature of the statute. The FCC examined in detail the content of the messages that the petitioners sought to bring within the scope of the statute and carefully selected which messages were deserving of protection. *See id.* at *7–8. Under the Supreme Court's straightforward approach set forth in *Reed v. Town of Gilbert*, 135 S. Ct. 2218 (2015), the TCPA is plainly content-based because it facially draws distinctions based on the communicative aspects of the speech at issue.

Facebook submits that the recent FCC Ruling confirms that this Court can apply the emergency exception to dismiss Plaintiff's claims. And it also confirms that if this Court construes the statute to reach Facebook's tailored login messages, then this Court should conclude that the TCPA is a content-based restriction of speech that cannot survive strict scrutiny.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2016 | Respectfully submitted,<br>KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | */s/ Andrew B. Clubok* |
| | | Andrew B. Clubok (*pro hac vice*) |
| 4 | | Carrie J. Bodner (*pro hac vice*) |
| 5 | | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 6 | | New York, NY 10022 |
| 7 | | Tel: (212) 446-4800<br>Fax: (212) 446-6460 |
| | | Email: andrew.clubok@kirkland.com |
| 8 | | carrie.bodner@kirkland.com |
| 9 | | |
| 10 | | Susan E. Engel (*pro hac vice*)<br>Devin S. Anderson (*pro hac vice*) |
| 11 | | KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW |
| 12 | | Washington, DC 20005<br>Tel: (202) 879-5000 |
| 13 | | Fax: (202) 879-5200 |
| 14 | | Email: susan.engel@kirkland.com<br>devin.anderson@kirkland.com |
| 15 | | |
| | | Elizabeth L. Deeley (SBN 230798) |
| 16 | | KIRKLAND & ELLIS LLP<br>555 California Street |
| 17 | | San Francisco, CA 94104 |
| 18 | | Tel: (415) 439-1400<br>Fax: (415) 439-1500 |
| 19 | | Email:<br>elizabeth.deeley@kirkland.com |
| 20 | | *Attorneys for Defendant Facebook, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Andrew B. Clubok*
Andrew B. Clubok (admitted *pro hac vice*)