1  Andrew B. Clubok (*pro hac vice*)
   Carrie J. Bodner (*pro hac vice*)
2  KIRKLAND & ELLIS LLP
   601 Lexington Avenue
3  New York, NY 10022
   Tel: (212) 446-4800
4  Fax: (212) 446-6460
   Email: andrew.clubok@kirkland.com
5         carrie.bodner@kirkland.com

6  Susan E. Engel (*pro hac vice*)
   Devin S. Anderson (*pro hac vice*)
7  KIRKLAND & ELLIS LLP
   655 Fifteenth Street, NW
8  Washington, DC 20005
   Tel: (202) 879-5000
9  Fax: (202) 879-5200
   Email: susan.engel@kirkland.com
10        devin.anderson@kirkland.com

11 Elizabeth L. Deeley (SBN 230798)
   KIRKLAND & ELLIS LLP
12 555 California Street
   San Francisco, CA 94104
13 Tel: (415) 439-1400
   Fax: (415) 439-1500
14 Email: elizabeth.deeley@kirkland.com

15 Attorneys for Defendant
   *Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | CASE NO.: 3:15-cv-00985-JST <br><br> **FACEBOOK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Complaint Filed: March 3, 2015 <br> First Am. Compl. Filed: April 22, 2016 <br><br> Judge: Hon. Jon S. Tigar <br> Hearing Date: Vacated |

**TO THE COURT AND EACH PARTY AND THE ATTORNEY OF RECORD FOR EACH PARTY:**

Defendant Facebook, Inc. submits this Notice of Supplemental Authority in support of its Motion to Dismiss Plaintiff's Amended Complaint. The United States District Court for the Southern District of California recently applied the Supreme Court's decision in *Spokeo v. Robins*, 136 S. Ct. 1540 (2016) to dismiss with prejudice claims that the defendant violated the TCPA by calling the plaintiff using an ATDS. *See* Order Granting Motion to Dismiss, *Ewing v. SQM US, Inc.*, Case No.: 3:16-CV-1609-CAB-JLB (S.D. Cal. Sept. 29, 2016), ECF No. 23 (attached as Ex. A).

The court assumed that "Plaintiff is alleging that he actually incurred a specific charge for Defendants' call to his cellular telephone." *Id.* at 4. "Even with this assumption, the FAC does not adequately allege standing because it does not, and cannot, connect this claimed charge with the alleged TCPA violation—Defendants' use of an ATDS to dial his cellular telephone number." *Id.* "Put differently, Plaintiff does not, and cannot, allege that Defendants' use of an ATDS to dial his number caused him to incur a charge that he would not have incurred had Defendants manually dialed his number, which would not have violated the TCPA." *Id.* As a result, "Plaintiff did not suffer an injury in fact traceable to Defendants' violation of the TCPA and lacks standing to make a claim for the TCPA violation here." *Id.*; *see also id.* at 5 ("A plaintiff who would have been no better off had the defendant refrained from the unlawful acts of which the plaintiff is complaining does not have standing under Article III of the Constitution to challenge those acts in a suit in federal court." (quoting *McNamara v. City of Chicago*, 138 F.3d 1219, 1221 (7th Cir. 1998)).

Facebook respectfully submits that *Ewing* supports dismissal of Plaintiff's case with prejudice.

///

///

///

FACEBOOK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY     1     CASE NO. 3:15-CV-00985-JST

Dated: September 30, 2016

Respectfully submitted,
KIRKLAND & ELLIS LLP

*/s/ Andrew B. Clubok*
Andrew B. Clubok (*pro hac vice*)
Carrie J. Bodner (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460
Email: andrew.clubok@kirkland.com
carrie.bodner@kirkland.com

Susan E. Engel (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel: (202) 879-5000
Fax: (202) 879-5200
Email: susan.engel@kirkland.com
devin.anderson@kirkland.com

Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: elizabeth.deeley@kirkland.com

*Attorneys for Defendant Facebook, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

>*/s/ Sarah Farley*
>Sarah Farley