ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**TAMARA LANGE**
ADR PROGRAM ATTORNEY & MEDIATOR

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

October 31, 2016

To:   Counsel of Record

Re:   Duguid v. Facebook, Inc.
      Case No. C 15-00985 JST MED

      And related case

Re:   Holt v. Facebook, Inc.
      Case No. C 16-02266 JST

Dear Counsel:

The ADR Program would like to convene a joint conference call in both related cases with a member of the ADR Program Legal Staff to discuss the ADR referral. We have scheduled this call for **Thursday, November 10, 2016, at 3:00 PM Pacific time.**

For the convenience of the parties, the court has arranged for a dial-in conference line for this call. The call-in service that the court uses does require a long-distance telephone call. If the cost of calling the number presents a problem, please contact the ADR Office and other arrangements shall be made. The call-in information is as follows:

**Call-in Number:**   712-775-7400

**Access Code:**   1043914

If we do not hear otherwise we will assume you are available. Please call me 415-522-3148 if you have any questions.

Thank you for your attention to this matter.

Sincerely,

/s/

Alice Fiel
ADR Case Administrator