SERGEI LEMBERG
Lemberg Law, LLC
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424
E-mail: slemberg@lemberglaw.com

TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

Attorneys for Plaintiff,
Noah Duguid

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| Noah Duguid, *on behalf of himself and all others similarly situated* | Case No.: 3:15-cv-00985-JST |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF ADDITIONAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| vs. | |
| Facebook, Inc., | Judge: Hon. Jon S. Tigar |
| Defendant. | Hearing Date: Vacated |

Plaintiff Noah Duguid ("Plaintiff") submits this Notice of Additional Authority in Opposition to Defendant Facebook, Inc's ("Facebook") Motion to Dismiss Plaintiff's First Amended Complaint. Plaintiff notices *Patriotic Veterans, Inc. v. Zoeller*, --- F.3d ----, 2017 WL 25482 (7th Cir. Jan. 3, 2017).

Facebook has argued that based on the Supreme Court's decision in *Reed v. Gilbert*, 135 S. Ct. 2218 (2015), the Telephone Consumer Protection Act's ("TCPA") 'emergency purposes' exception renders the TCPA an unconstitutional (First Amendment) content-based regulation on speech. In *Zoeller*, the plaintiff likewise argued that under *Reed*, Indiana's anti-robocall statute, Ind. Code § 24-5-14-5, was an unconstitutional content-based restriction. Like the TCPA, Indiana's statute forbids recorded phone messages placed by automated dialing machines unless the caller has the called party's consent. 2017 WL 25482, at *1 (citing Ind. Code § 24-5-14-5(b)). The statute expressly does not apply to the following messages:

> (1) Messages from school districts to students, parents, or employees.
> (2) Messages to subscribers with whom the caller has a current business or personal relationship.
> (3) Messages advising employees of work schedules.

*Id.* (citing Ind. Code § 24-5-14-5(a)).

The Seventh Circuit held that neither the statute's requirement for prior consent of a called party, nor the statute's three exceptions, make it an unconstitutional content-based restriction on speech under *Reed*. *Id.* ("The three exceptions . . . depend on the relation between the caller and the recipient, not on what the caller proposes to say."). Likewise, here, as argued by Plaintiff, the 'emergency purposes' exception depends on the identity of the caller,[1] and whether that caller has an emergency

---

[1] The FCC has ruled that utility companies, the Warning Alert and Response Network, and a consumer's financial institution or healthcare provider can send messages pursuant to the 'emergency purposes' exception. (*See* Doc. No. 73 pp. 19-21).

purpose to make the call to the recipient. (*See* Doc. No. 73 p. 25 ("Facebook[] . . . conflates the content of an automated call with the purpose for which it is made. . . . [I]t is the situation in which a message is sent that determines whether the exception applies, and the actual content of the speech is not determinative.")).

DATED:   January 10, 2017

By:   */s/   Sergei Lemberg*
SERGEI LEMBERG
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

TRINETTE G. KENT (State Bar No. 222020)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone:  (480) 247-9644
Facsimile:  (480) 717-4781
E-mail: tkent@lemberglaw.com

*Attorneys for Plaintiff, Noah Duguid*

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, a true and correct copy of the foregoing document was electronically filed with the Clerk of the United States District Court of the Northern District of California by using the CM/ECF system, which will send notice of such filing to all counsel of record.

Elizabeth L. Deeley
Kristin I Sheffield-Whitehead
Kirkland & Ellis LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Tel: (415) 439-1400
Tel: (415) 439-1420
Fax: (415) 439-1500
edeeley@kirkland.com
kwhitehead@kirkland.com

Andrew B. Clubok
Carrie J Bodner
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Tel: (212) 446-5912
Fax: (212) 446-6460
Andrew.clubok@kirkland.com
Carrie.bodner@kirkland.com

Susan E. Engel
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Tel: (202) 879-5000
seengel@kirkland.com

                                            */s/ Sergei Lemberg*
                                              Sergei Lemberg