1 | Andrew B. Clubok (*pro hac vice*)
KIRKLAND & ELLIS LLP
2 | 601 Lexington Avenue
New York, NY 10022
3 | Tel: (212) 446-4800
Fax: (212) 446-6460
4 | Email: andrew.clubok@kirkland.com

5 | Susan E. Engel (*pro hac vice*)
Devin S. Anderson (*pro hac vice*)
6 | KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
7 | Washington, DC 20005
Tel: (202) 879-5000
8 | Fax: (202) 879-5200
Email: susan.engel@kirkland.com
9 |       devin.anderson@kirkland.com

10 | Elizabeth L. Deeley (SBN 230798)
KIRKLAND & ELLIS LLP
11 | 555 California Street
San Francisco, CA 94104
12 | Telephone: (415) 439-1400
Facsimile: (415) 439-1500
13 | Email: elizabeth.deeley@kirkland.com

14 | Attorneys for Defendant
*Facebook, Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NOAH DUGUID, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>    Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**FACEBOOK, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Amended Complaint Filed: July 22, 2016<br><br>Judge:    Hon. Jon S. Tigar |

On January 10, 2017, Plaintiff filed a Notice of Supplemental Authority (ECF No. 90). In that notice, Plaintiff argues that *Patriotic Veterans, Inc. v. Indiana*, 2017 WL 25482 (7th Cir. Jan. 3, 2017), supports his position that the TCPA does not violate the First Amendment.

Pursuant to Local Rules 7-3 and 7-11, Facebook respectfully requests leave to file a brief response to Plaintiff's Notice. Local Rule 7-3(d)(2) contemplates the filing of a notice of supplemental authority only "[b]efore the noticed hearing date," presumably to allow the other party an opportunity to respond to the citation, and "without argument." Because the hearing in this case has already taken place and because Plaintiff has advanced argument in his Notice, Facebook seeks the opportunity to file a brief written response to address what impact, if any, *Patriotic Veterans* has on the issues in this case. Facebook's response is attached to this Motion as Exhibit A.

Facebook has conferred with both Plaintiff and the United States, who do not object to Facebook filing a response.

For these reasons, Facebook respectfully requests leave to file the response attached as Exhibit A in response to Plaintiff's Notice of Supplemental Authority.

///

///

///

FACEBOOK'S MOTION FOR LEAVE TO
FILE A RESPONSE TO PLAINTIFF'S NOTICE
OF SUPPLEMENTAL AUTHORITY

CASE NO. 3:15-CV-00985-JST

| | |
|---|---|
| Dated: January 18, 2017 | Respectfully submitted, |
| | KIRKLAND & ELLIS LLP |
| | */s/ Andrew B. Clubok* |
| | Andrew B. Clubok (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022 |
| | Tel: (212) 446-4800 |
| | Fax: (212) 446-6460 |
| | Email: andrew.clubok@kirkland.com |
| | |
| | Susan E. Engel (*pro hac vice*) |
| | Devin S. Anderson (*pro hac vice*) |
| | KIRKLAND & ELLIS LLP |
| | 655 Fifteenth Street, NW |
| | Washington, DC 20005 |
| | Tel: (202) 879-5000 |
| | Fax: (202) 879-5200 |
| | Email: susan.engel@kirkland.com |
| |        devin.anderson@kirkland.com |
| | |
| | Elizabeth L. Deeley (SBN 230798) |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Tel: (415) 439-1400 |
| | Fax: (415) 439-1500 |
| | Email: elizabeth.deeley@kirkland.com |
| | |
| | *Attorneys for Defendant Facebook, Inc.* |

# **CERTIFICATE OF SERVICE**

On January 18, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Sarah Farley*