**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH DUGUID, on behalf of himself and all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>         Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Amended Complaint Filed:  April 22, 2016<br><br>Judge:        Hon. Jon S. Tigar |

Before the Court is Defendant Facebook, Inc.'s Motion for Leave to File a Response to Plaintiff's Notice of Supplemental Authority (the "Motion").  The Court hereby rules as follows:

Facebook's Motion is **GRANTED**.  ~~The document attached to Facebook's Motion as Exhibit A is deemed filed.~~  Facebook shall file its Response on the public docket by Monday, February 6, 2017.

**IT IS SO ORDERED.**

Dated: __February 2__, 2017

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

CASE NO. 3:15-CV-00985-JST