FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOAH DUGUID, individually and on behalf of himself and all others similarly situated, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant-Appellee. | No. 17-15320 <br><br> D.C. No. 3:15-cv-00985-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |

The appellant's motion (Docket Entry No. 7) for an extension of time to file the opening brief in order to allow the district court time to rule on a post-judgment motion is construed as a motion to stay appellate proceedings and is granted.

A review of the district court docket confirms that on April 4, 2017 the appellant filed a Rule 60(b) motion to set aside the order dismissing plaintiff's first amended complaint. The appellant is informed that the district court does not have jurisdiction to grant the motion absent a limited remand from this court, but may issue an indicative ruling. *See* Fed. R. App. P. 12.1.

This case is stayed until August 2, 2017. At or prior to the expiration of the stay, the appellant shall file the opening brief or a status report and motion for

tah/7.3.17/Pro Mo

appropriate relief. If the opening brief is filed, the answering brief will be due

September 1, 2017. The optional reply brief will be due within 21 days after

service of the answering brief.

The filing of the opening brief or the failure to file a further motion will

terminate the stay.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7