FILED

JAN 22 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NOAH DUGUID, individually and on behalf of himself and all others similarly situated,<br><br>          Plaintiff-Appellant,<br><br> v.<br><br>FACEBOOK, INC.,<br><br>          Defendant-Appellee. | No. 17-15320<br><br>D.C. No. 3:15-cv-00985-JST<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

The appellee's unopposed motion (Docket Entry No. 26) to further stay appellate proceedings pending the United States Court of Appeals for the District of Columbia Circuit's decision in *ACA International v. Federal Communications Commission, et al.*, No. 15-1211 (argued on October 19, 2016) is granted in part. This appeal is stayed until March 23, 2018. At or prior to the expiration of the stay, the appellee shall the answering brief or a status report and motion for appropriate relief. If the answering brief is filed, the optional reply brief will be due within 21 days after service of the answering brief.

tah/1.22.18/Pro Mo

The filing of the answering brief or the failure to file a further motion will terminate the stay.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT

                By: Terri Haugen
                Deputy Clerk
                Ninth Circuit Rule 27-7