| | |
|---|---|
| 1 | Devin S. Anderson (*pro hac vice*) |
| 2 | KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW |
| 3 | Washington, DC 20005<br>Tel: (202) 879-5000 |
| 4 | Fax: (202) 879-5200<br>Email: devin.anderson@kirkland.com |
| 5 | Carrie J. Bodner (*pro hac vice*) |
| 6 | KIRKLAND & ELLIS LLP<br>601 Lexington Avenue |
| 7 | New York, NY 10022<br>Tel: (212) 446-4800 |
| 8 | Fax: (212) 446-6460<br>Email: carrie.bodner@kirkland.com |
| 9 | |
| 10 | Kristin Sheffield-Whitehead (*pro hac vice*)<br>KIRKLAND & ELLIS LLP |
| 11 | 555 California Street<br>San Francisco, CA 94104 |
| 12 | Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| 13 | Email: kwhitehead @kirkland.com |
| 14 | Attorneys for Defendant |
| 15 | *Facebook, Inc.* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NOAH DUGUID, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | CASE NO.: 3:15-cv-00985-JST<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL AS COUNSEL**<br><br>Hearing Date: April 5, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Courtroom: 9, 19th Floor |

MOTION FOR WITHDRAWAL AS COUNSEL        CASE NO.: 3:15-cv-00985-JST

**NOTICE OF MOTION**

**TO THE PARTIES AND ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, on April 5, 2018, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Jon S. Tigar, United States District Judge, Courtroom 9, 19th Floor, of the United States District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California 94102, Devin S. Anderson, Carrie J. Bodner and Kristin Sheffield-Whitehead of Kirkland & Ellis, LLP., shall and hereby do respectfully seek leave of this Court, pursuant to Local Rule 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, to withdraw as counsel for defendant Facebook, Inc.

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11-5, Devin S. Anderson, Carrie J. Bodner and Kristin Sheffield-Whitehead ("Movants") hereby notifies the parties and the Court of their intent to withdraw as counsel for Defendant Facebook, Inc. Movants state the following grounds for this notice and motion:

1. This Court granted Movant Carrie J. Bodner leave to appear *pro hac vice* in this action pursuant to its May 13, 2015, order (ECF 20).

2. This Court granted Movant Kristin Sheffield-Whitehead leave to appear *pro hac vice* in this action pursuant to its May 13, 2015, order (ECF 22).

3. This Court granted Movant Devin S. Anderson leave to appear *pro hac vice* in this action pursuant to its May 31, 2016, order (ECF 67).

3. Movants have represented Facebook, Inc. as part of their employment at Kirkland & Ellis, LLP.

4. On December 15, 2017, Andrew B. Clubok and Elizabeth L. Deeley, filed Notices of Change of Address and Firm Affiliation (ECF 115 and ECF 116) representing Defendant, Facebook, Inc.

5. Defendant, Facebook, Inc. has consented to this withdrawal as counsel.

6. Movants' withdrawal will not cause any prejudice or delay in this case. Parties will not require any additional time to review or acclimate to the absence of Movants as counsel.

7. Given the insubstantial nature of this Motion, as well as the substantial burden to all parties in travelling and attending a hearing on this Motion, Movants respectfully request that the Court waive oral argument.

THEREFORE, Movants Devin S. Anderson, Carrie J. Bodner and Kristin Sheffield-Whitehead respectfully request that this Court waive oral argument on this Motion, grant them leave to withdraw as counsel in the above-captioned matter, and enter an Order stating that Movant have so withdrawn.

DATED:  February 23, 2018             */s/ Devin S. Anderson*

Devin S. Anderson (*pro hac vice*)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, DC 20005
Tel:  (202) 879-5000
Fax:  (202) 879-5200
Email:  devin.anderson@kirkland.com

Carrie J. Bodner (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
Tel:  (212) 446-4800
Fax:  (212) 446-6460
Email:  carrie.bodner@kirkland.com

Kristin Sheffield-Whitehead (*pro hac vice*)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: kwhitehead@kirkland.com

Attorneys for Defendant
*Facebook, Inc.*

**CERTIFICATE OF SERVICE**

On February 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF.  All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

*/s/ Sarah Farley*
Sarah Farley