|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | OCT 16 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NOAH DUGUID, individually and on behalf of himself and all others similarly situated,

      Plaintiff-Appellant,

 v.

FACEBOOK, INC.,

      Defendant-Appellee,

 and

UNITED STATES OF AMERICA,

      Intervenor-Appellee.

No. 17-15320

D.C. No. 3:15-cv-00985-JST
Northern District of California,
San Francisco

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

    Appellee Facebook's motion (Docket Entry No. 54) to expand the scope of the supplemental answering brief is granted. Appellee Facebook's supplemental answering brief responding to the intervenor-appellee's answering brief and addressing the decision in *Marks v. Crunch of San Diego,* No. 14-56834, is due November 8, 2018. The request to expand the word limit for the supplemental answering brief to 10,000 words is granted. The appellant's optional reply brief is due November 30, 2018.

tah/10.15.18/Pro Mo