TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Road, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Noah Duguid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Noah Duguid, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>    vs.<br><br>Facebook, Inc.,<br><br>    Defendant. | Case No.: 3:15-cv-00985-JST<br><br>**NOTICE OF DISMISSAL** |

# NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Noah Duguid ("Plaintiff"), by Plaintiff's attorney, hereby dismisses this action with prejudice and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: */s/ Trinette G. Kent*
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Noah Duguid

## CERTIFICATE OF SERVICE

    I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. I hereby certify that on April 20, 2021, a copy of the foregoing was filed electronically.  Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By:   */s/   Trinette G. Kent*
Trinette G. Kent
Lemberg Law, LLC
*Attorney for Plaintiff*